FOURTH DEPARTMENT, JUNE, 1995

(June 9, 1995)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID R. CHRYSLER, Appellant. [629 NYS2d 719] —Upon remittitur from the Court of Appeals, judgment unanimously affirmed. Memorandum: No issue having been raised on appeal with respect to the factual determinations at County Court, we affirm the conviction upon remittitur from the Court of Appeals. (Remittitur from Court of Appeals—Appeal from Judgment of Ontario County Court, Harvey, J.—Reckless Endangerment, 1st Degree.) Present—Green, J. P., Pine, Lawton, Callahan and Boehm, JJ.